**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma (JD-7697)
Susan D. Pontoriero (SP-0463)
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-623-0211

Proposed Liaison Counsel

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**[DOCUMENT ELECTRONICALLY FILED]**

| | |
|---|---|
| EARL MAITLAND, Individually and On Behalf of All Those Similarly Situated,        )<br>)<br>Plaintiff,        )<br>)<br>vs.        )<br>)<br>GENTA INC., et al.,        )<br>)<br>Defendants.        )<br>) | Civil Action No. 04-cv-2123-JAG |

[Caption continued on following page]

**NOTICE OF MOTION OF THE SEEBODE GROUP TO CONSOLIDATE ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| HENRY FURINO, On Behalf of Himself and All Others Similarly Situated, ) ) ) | Civil Action No. 04-cv-2132-JAG |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| GENTA INCORPORATED, et al., ) ) ) | |
| Defendants. ) ) | |
| JAN WASSERMAN, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) | Civil Action No. 04-cv-2133-JAG |
| Plaintiff, ) ) ) | |
| vs. ) ) | |
| GENTA, INC., et al., ) ) ) | |
| Defendants. ) ) | |
| RICHARD M. YARBRO, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 04-cv-2160-JAG |
| vs. ) ) | |
| GENTA, INC., et al., ) ) ) | |
| Defendants. ) ) ) | |

[Caption continued on following page]

| | | |
|---|---|---|
| SARAH SONTAG, Individually and On Behalf of All Those Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2162-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| FRED DEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2201-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| RICHARD JACOBS, | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-cv-2231-JAG |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page]

| | | |
|---|---|---|
| BERNARD SAGGAU, Individually and On Behalf of All Those Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2232-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| BONNIE ROST, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2245-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| ABRAHAM MEISNER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-cv-2246-JAG |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page]

| | | |
|---|---|---|
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2314-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) | |
| Defendants. | ) ) | |
| ANGELICA L. FURLA, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2392-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INCORPORATED, et al., | ) ) | |
| Defendants. | ) ) | |
| JOHN F. ELLIOT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-cv-2466-JAG |
| vs. | ) ) | |
| GENTA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page]

| | |
|---|---|
| BARRY GERARD, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENTA, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-2471-JAG |
| DAVID GREENBERG, On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENTA, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-2576-JAG |
| CASEY M. McGUANE, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENTA INCORPORATED, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-2581-JAG |

[Caption continued on following page]

| | | |
|---|---|---|
| HAROLD FULLEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2664-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| CORY HECHLER, On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2665-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| WILLIAM T. DEANE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2876-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INCORPORATED, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page]

| | | |
|---|---|---|
| ARTHUR SIEGAL, Individually and On Behalf of All Those Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2908-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| JOHN T. JACOBUS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2936-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INCORPORATED, et al., | ) ) | |
| Defendants. | ) ) | |

- 1 -

**PLEASE TAKE NOTICE** that Class members Michael A. Seebode, Linda Everson, Glenn M. Tatum and JoEllen Lenoir Blunk (the "Seebode Group" or "Movants") by their counsel, will move before the Honorable Joseph A. Greenaway, Jr., U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on a date to be fixed by the Court, for an Order to: (i) consolidate all related securities class actions; (ii) appoint Movants as Lead Plaintiffs in the consolidated action; and (iii) approve Movants' selection and retention of Scott + Scott, LLC, as Lead Counsel and Lite DePalma Greenberg & Rivas, LLC, as Liaison Counsel.  In support of this Motion, Movants will rely on the accompanying Memorandum of Law and the Declaration of Joseph J. DePalma and the exhibits annexed thereto.  A proposed form of Order is submitted herewith.

DATED:  July 6, 2004                                  LITE DEPALMA GREENBERG & RIVAS, LLC

/s/  Joseph J. DePalma
Joseph DePalma
Susan D. Pontoriero
Two Gateway Center, 12th Floor
Newark, New Jersey  07102
Telephone:  973-623-3000
973/623-0858 (Fax)

Proposed Liaison Counsel
JOHN S. CHAPMAN, ESQ. LIMITED
John Chapman
700 West St. Clair Avenue, Suite 300
Cleveland, OH  44113
Telephone:  216/241-8172
216/241-8175 (fax)

- 2 -

SCOTT + SCOTT, LLC
David R. Scott
108 Norwich Avenue
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)

  - and -

Edmund W. Searby
33 River Street
Chagrin Falls, OH  44022
Telephone:  440/247-8200
440/247-8275 (fax)


Attorneys for Movant

- 3 -