**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma (JD-7697)
Susan D. Pontoriero (SP-0463)
Katrina Blumenkrants (KB-9620)
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile: 973-623-0211

**Proposed Liaison Counsel**

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**[DOCUMENT ELECTRONICALLY FILED]**

| | |
|---|---|
| EARL MAITLAND, Individually and On Behalf of All Those Similarly Situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>GENTA INC., et al.,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 04-cv-2123-JAG |

[Caption continued on following page.]


**NOTICE OF MOTION OF THE HAMPER GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF <u>SELECTION OF LEAD AND LIAISON COUNSEL</u>**

| | |
|---|---|
| HENRY FURINO, On Behalf of Himself and All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> GENTA INCORPORATED, et al., </br></br> Defendants. | Civil Action No. 04-cv-2132-JAG |
| JAN WASSERMAN, On Behalf of Himself and All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> GENTA, INC., et al., </br></br> Defendants. | Civil Action No. 04-cv-2133-JAG |
| RICHARD M. YARBRO, On Behalf of Himself and All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> GENTA, INC., et al., </br></br> Defendants. | Civil Action No. 04-cv-2160-JAG |

[Caption continued on following page.]

| | | |
|---|---|---|
| SARAH SONTAG, Individually and On Behalf of All Those Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2162-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| FRED DEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2201-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| RICHARD JACOBS, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-cv-2231-JAG |
| vs. | ) ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

[Caption continued on following page.]

| | | |
|---|---|---|
| BERNARD SAGGAU, Individually and On Behalf of All Those Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2232-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| BONNIE ROST, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2245-JAG |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| ABRAHAM MEISNER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-cv-2246-JAG |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

| | | |
|---|---|---|
| MILTON PFEIFFER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-cv-2314-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| ANGELICA L. FURLA, On Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-cv-2392-JAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GENTA INCORPORATED, et al., | ) ) | |
| Defendants. | ) ) | |
| JOHN F. ELLIOT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-cv-2466-JAG |
| vs. | ) ) | |
| GENTA, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

| | |
|---|---|
| BARRY GERARD, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GENTA, INC., et al., <br><br> Defendants. | Civil Action No. 04-cv-2471-JAG |
| DAVID GREENBERG, On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GENTA, INC., et al., <br><br> Defendants. | Civil Action No. 04-cv-2576-JAG |
| CASEY M. McGUANE, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GENTA INCORPORATED, et al., <br><br> Defendants. | Civil Action No. 04-cv-2581-JAG |

[Caption continued on following page.]

| | |
|---|---|
| HAROLD FULLEN, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>GENTA INC., et al.,<br><br>                Defendants. | Civil Action No. 04-cv-2664-JAG |
| CORY HECHLER, On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>GENTA, INC., et al.,<br><br>                Defendants. | Civil Action No. 04-cv-2665-JAG |
| WILLIAM T. DEANE, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>GENTA INCORPORATED, et al.,<br><br>                Defendants. | Civil Action No. 04-cv-2876-JAG |

[Caption continued on following page.]

| | |
|---|---|
| ARTHUR SIEGAL, Individually and On Behalf of All Those Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>GENTA INC., et al.,<br><br>                  Defendants. | Civil Action No. 04-cv-2908-JAG |
| JOHN T. JACOBUS, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>GENTA INCORPORATED, et al.,<br><br>                  Defendants. | Civil Action No. 04-cv-2936-JAG |

**PLEASE TAKE NOTICE** that on a date to be set by the Court, Class members Doug Hamper, William & Marjorie France, and Billy Nguyen (the "Hamper Group"), by their counsel, will move before the Honorable Joseph A. Greenaway, U.S.D.J., at the United States District Court for the District of New Jersey, M.L. King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order: (i) consolidating the above-captioned actions; (ii) appointing the Hamper Group as Lead Plaintiff; (iii) approving the Hamper Group's selection of the law firm of Lerach Coughlin Stoia & Robbins LLP to serve as Lead Counsel and the law firm of Lite DePalma Greenberg & Rivas, LLC to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, the Hamper Group will rely upon the accompanying Memorandum of Law and the Declaration of Susan D. Pontoriero with annexed exhibits.  A proposed form of order is submitted herewith

DATED:  July 6, 2004

**LITE DEPALMA GREENBERG & RIVAS, LLC**

/s/ Joseph J. DePalma
Joseph J. Depalma
Susan D. Pontoriero
Katrina Blumenkrants
Two Gateway Center, 12th floor
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile:  973-623-0858

**Proposed Liaison Counsel**

**LERACH COUGHLIN STOIA & ROBBINS LLP**
William S. Lerach
Arthur C. Leahy
Nicholas J. Licato
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619-231-1058
Facsimile: 619-231-7423

- 2 -

**LERACH COUGHLIN STOIA
  & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
Facsimile: 631-367-1173

**Proposed Lead Counsel**

- 2 -