```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - x
                                     :
                                     :
IN RE GENTA, INC. SECURITIES         :
LITIGATION                           :   Case No. 04-2123 (JAG)
                                     :
_____:
                                     :
                                     :   Motion Date: June 12,
Relates to Consolidated              :   2006
Shareholder Derivative Litigation    :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - x
```

### **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PLEASE TAKE NOTICE** that on June 12, 2006 at 9:00 A.M., in Judge Greenaway's courtroom, or as soon thereafter as counsel may be heard, Plaintiffs, by and through their counsel, shall move before the United States District Court for the District of New Jersey at the Courthouse located in Newark, NJ for an Order for Preliminary Approval of Settlement. The parties have entered into a stipulation of settlement.  Thus, this motion is unopposed.

Counsel attaches its memorandum of law in support thereof and accompanying exhibits.

Dated: May 26, 2006                Respectfully submitted,

                                   By:*Evan J. Smith (ES3254)*
                                   Evan J. Smith, Esquire
                                   Marc L. Ackerman, Esquire
                                   BRODSKY & SMITH, LLC
                                   Two Bala Plaza, Suite 602
                                   Bala Cynwyd, PA 19004
                                   Tel:  (610) 667-6200

Fax: (610) 667-9029
mackerman@brodsky-smith.com
esmith@brodsky-smith.com

**Liaison/Lead Counsel**

William Federman, Esquire
FEDERMAN & SHERWOOD
120 N. Robinson Ave.,
Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112

Scott E. Poynter, Esquire
EMERSON POYNTER LLP
2228 Cottondale Lane,
Suite 100
Little Rock, AR 72202
Tel: (501) 907-2555
Fax: (510) 907-2556

**Lead Counsel for Plaintiffs**