UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE GENTA, INC.<br>SECURITIES LITIGATION | Civil Action No. 04 CV 2123 (JAG)<br><br>CLASS ACTION |

## MOTION PURSUANT TO RULE 23(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR PRELIMINARY APPROVAL OF SETTLEMENT

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement (the "Stipulation") and the exhibits thereto, and all prior proceedings had herein, Lead Plaintiffs Bal Harbor Financial LLC, William Nasser, Jr., David Smith, Brian R. Nickerson, and Ralph LeMar (the "proposed Settlement Class Representatives"), by and through their attorneys, hereby move the Court, the Honorable Joseph A. Greenaway, Jr., presiding, for an order granting preliminary approval of the proposed settlement of this putative securities class action.

WHEREFORE, the proposed Settlement Class Representatives respectfully request that the Court enter an Order substantially in the form of the proposed Preliminary Order For Notice and Hearing in Connection with Settlement Proceedings, annexed to the accompanying Stipulation and Agreement of Settlement as Exhibit A.

The proposed Settlement Class Representatives do not request oral argument. This motion has been discussed with Defendants' Counsel and they do not oppose this motion. A Memorandum in Support follows.

If the Court would like to discuss any of the terms of the Stipulation or the scheduling of the remaining proceedings, we will be pleased to appear before the Court, in person or by

telephone, at the Court's earliest convenience. Otherwise, the parties to the Stipulation jointly respectfully request that the Court enter the proposed Preliminary Order For Notice And Hearing In Connection With Settlement Proceedings.

DATED: August 10, 2007

                                 **SHALOV STONE BONNER & ROCCO LLP**

                                 By: __/s/ Patrick L. Rocco__
                                       Patrick L. Rocco
                               65 Madison Ave., Suite 333
                               Morristown, New Jersey  07960
                               Telephone:     (973) 998-6925
                               Facsimile:      (973) 998-6926

                               **Liaison Counsel for Plaintiffs**


                               **MILBERG WEISS LLP**

                               By: __/s/ George A. Bauer III__
                                     George A. Bauer III
                                   Neil Fraser
                               One Pennsylvania Plaza
                               New York, New York  10119-0165
                               Telephone:     (212) 594-5300
                               Facsimile:      (212) 868-1229

                               **Lead Counsel for Plaintiffs**


TO:    Amelia T.R. Starr
         Elliot Moskowitz
         DAVIS POLK & WARDWELL
         450 Lexington Avenue
         New York, New York  10017
         Telephone: (212) 450-4000
         Facsimile: (212) 450-3800

         **For Defendant Genta**

Daniel J. Kramer, Esq.
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York   10019-6064
Telephone:  (212) 373-3020
Facsimile:  (212) 492-0020

**For Defendant Raymond P. Warrell**